**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**LANCE R. BISHOP, SR.,**

               **Plaintiff,**                      **9:21-cv-1027**
                                                        **(GLS/DJS)**

      **v.**

**SERGEANT PATRICK STOTLER**

               **Defendant.**

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Lance R. Bishop, Sr.
*Pro Se*
09-B-1765
Elmira Correctional Facility
P.O. Box 500
Elmira, NY 14902

**FOR THE DEFENDANT:**
HON. LETITIA JAMES            MATTHEW GALLAGHER
New York State Attorney General  Assistant Attorney General
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

# ORDER

The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed January 19, 2023. (Dkt. No. 29.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 29) is **ADOPTED** in its entirety; and it is further

**ORDERED** that defendant's motion for summary judgment (Dkt. No. 20) is **DENIED**; and it is further

**ORDERED** that the case is now deemed trial ready and a trial order will be issued in due course; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

February 9, 2023
Albany, New York

Gary L. Sharpe
U.S. District Judge